# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                                                      CASE NO: 6:24-cr-91-WWB-EJK

**DIANDRE T MENTOR**

AUSA: Diane Hu

Defense Attorney: Harold Thompson, Retained Counsel

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | **December 19, 2024**<br>10:43 A.M.-10:45 A.M. |
|---|---|---|---|
| Courtroom: | 4C | TOTAL TIME: | 2 minutes |
| DEPUTY CLERK: | Julie Reyes | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | N/A | PRETRIAL/PROB: | |

### CLERK'S MINUTES
#### STATUS HEARING

Case called, appearances made, procedural setting by the Court.
Defendant not present/
Defense Motion to Continue Plea hearing set today was granted in open court.
Court adjourned.