UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                                 CASE NUMBER: 6:24-CR-00091-WWB-UAM-4

DIANDRE T MENTOR,

    Defendant.

_____/

## EMERGENCY MOTION TO RECALL BENCH WARRANT

**COMES NOW** the Defendant, Diandre T Mentor, by and through his undersigned counsel of record, Harold Thompson, Esq., and hereby files this Emergency Motion to Recall Bench Warrant, hereby asserting as follows:

1. On January 30, 2025, the defendant failed to appear for his Arraignment and the Court thereupon issued a bench warrant for the defendant's arrest.

2. Mr. Mentor's failure to appear was inadvertent and unintentional.

3. Throughout the entire duration of this cause, Mr. Mentor has been supervised by Pretrial Services (U.S. Probation), has had no violations, and has remained compliant with the conditions of his bond and will continue to comply. The defendant has maintained excellent communication with counsel.

4. Mr. Mentor intends to be in court for the hearing on this motion and at all subsequent court appearances.

5. Undersigned counsel is requesting for this Honorable Court to not penalize Mr. Mentor for counsel's egregious error and recall the bench warrant.

6. The Government objects to this Motion.

**WHERFORE,** the Defendant, Diandre T Mentor, respectfully requests this Honorable Court to recall the bench warrant and accept the signed waiver of appearance.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 30th day of January, 2025, I electronically filed the foregoing, with the Clerk of the Court, by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Office of the United States Attorney, U. S. Attorney's Office,

Respectfully submitted,

DE NOVO LAW, P.A.

*/s/Harold D. Thompson*
Harold D. Thompson, Esquire
Florida Bar Number: 0097355
121 S Orange Avenue Suite 1500
Orlando, Florida 32801
Tel. (407) 449-2344
Fax (407) 449-7245
E-Mail: hdthompson.denovolaw@gmail.com
Attorney for Defendant