# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.   **CASE NO: 6:24-cr-91-WWB-UAM**

**DIANDRE T. MENTOR**

## ORDER SETTING CONDITIONS OF RELEASE

**IT IS ORDERED** that the release of the defendant is subject to the following conditions and provisions:

- **Defendant shall comply with all previously imposed conditions of Pretrial Release.**

**DIRECTIONS TO THE UNITED STATES MARSHAL**

__X__   The defendant is **ORDERED** released after processing.

_____   The United States marshal is **ORDERED** to keep the defendant in custody until notified by the Clerk or Judicial Officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date:   February 7, 2025

_____
DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. Probation Office
United States Marshal Service
Assistant U.S. Attorney
Defendant