August 29, 2025

Honorable Wendy W. Berger

Re: Diandre Mentor's Sentencing on August 28, 2025

Dear Honorable Judge Berger,

I, Rose Moore, am the mother of Diandre Mentor. I am writing this letter to you with a heavy heart as a mother in distress wanting to follow up because of my son Diandre Mentor recent sentencing. I want to humbly express my continued deepest remorse for the actions that brought my son before your court and the choices that led him before you on Thursday, August 28,2025. Diandre has taken full responsibility for his mistakes and understands the seriousness of his part in which he has expressed his sincere apology and remorse before the court. I can personally attest to the deep reflection and accountability he has shown throughout this process.

Since the beginning of this process, Diandre has reflected deeply on the harm caused not only to the government but also to my family and the victims involved. Diandre knows now that his past decisions have impacted him greatly but that is not the person he wants to be moving forward. He has truly been focused on reshaping his life for the better.

Your Honor, I am writing this letter as a follow-up to the character reference I previously submitted on Diandre's behalf. In that letter, I explained and shared details about the serious medical diseases that I suffer from. I suffer from multiple chronic illnesses that affect my vital organs, which limit my ability to care for myself. I also suffer from hypertension and sleep apnea. Diandre has been my caretaker, managing my needs while also working remotely from home to provide for himself and ensures that I receive the proper attention as well. While my illness was mentioned during the court proceedings, I was heartbroken to hear the prosecutor dismiss the impact and seriousness of my medical diseases, and stated instead that "his village" would take care of me. The prosecutor showed no empathy on the severity of my medical diseases which my medical doctors have stated can be fatal. My son plays a huge part in my health care needs and the care that he provides for me is essential. Your Honor, this was very heartbreaking to hear as Diandre and I reside in Miami, Florida and "the village" that Prosecutor Megan Testerman was referring to be my sister, her husband and the people that were present from the charity organization that Diandre volunteered for which that "village" all reside in Orlando, Florida. Those individuals are not in the position to care for me as they all live in Orlando, Florida. My sister currently takes care of my elderly mother in Orlando, Florida.

Your Honor, I submitted documentation from my medical doctors which discusses the seriousness of my medical conditions that affect my organs and require daily attention. Diandre has been my primary caretaker and because he works virtually from home, he is able to oversee all my health care needs while maintaining his work responsibilities. During the sentencing proceedings, I raised my hand in the courtroom, hoping for the chance to speak on his behalf, but unfortunately, I was not given the opportunity. I was recently admitted into the hospital but had to leave against medical advice a day before the court sentencing so that I could be present to support Diandre during his sentencing court hearing. That decision alone

speaks to the urgency and seriousness of my need for his continued presence in my life. Your Honor, I respectfully ask that you please take a moment to research my medical diseases and consider the severity of my medical conditions.

Your Honor, I am pleading for your reconsideration of house arrest or supervised home release for Diandre. His attorney also made this request during the proceedings, but it does not appear to have been given full consideration. Therefore, I am pleading with you now, as someone whose health is deteriorating, to allow him to continue caring for me in our home. I truly fear what will happen to me if he is no longer here and able to care for me as I have no one else in the home to help me.

Your Honor, I ask only that you take a moment to please research the nature and severity of all my medical diseases, and understand that Diandre's presence is not just helpful, but essential. I respectfully ask that you reconsider the possibility of supervised house arrest for Diandre. This way he will be able to continue to care for me while being on supervised house arrest. May you have mercy on me and on Diandre.

Thank you for your time, your compassion, and your consideration of this urgent request.

Respectfully,

Rose Moore

*/Rose Moore/*

Rose Moore
PO Box 97009
Miami, FL 33197

MIAMI FL 330
3 SEP 2025 PM 5 L

Attn Wendy W Berger
Brian Simpson Federal Courthouse
300 N Hogan St
Jacksonville, FL 32202

