UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA

V.

Case Number: 6:24-cr-91-WWB-NWH

Inmate Number: 11093-511

Diandre Mentor
Defendant

REQUEST FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. §3582

and AMENDMENT 821, PART B of U.S. SENTENCING COMMISSION

REGARDING "ZERO-POINT OFFENSE" REDUCTION

Defendant  Diandre Mentor  qualifies and request a "zero status point reduction" under Amendment 821 Part B.

RELIEF REQUEST

Reduction of sentence in compliance of the U.S. Sentencing Commission Amendment 821 Part B decrease of two offense levels for "ZERO-POINT OFFENDERS" guideline range.

CERTIFICATE OF SERVICE

I hereby certify a copy of this has been posted to all parties involved this 3rd day of November 2025

_____

Federal Correction Institution



Diandre Mentor 11093-511
PO Box 1027
FCI Coleman Low Fed
Correctional Institute
Satellite CP
Coleman FL 33521-1027

TAMPA FL 335
SAINT PETERSBURG FL
4 NOV 2025 PM 3 L

1775 ★ 2025

Clerk, US District Court
401 West Central Boulevard Suite 1200
Orlando, FL 32801

32801-012000